IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID WESLEY THORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-0487-CG-B |
| | ) |
| NURSE BLAKE, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 17, 2016, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of July, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE